UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>CLAYBURNE WILLIAMS, et al.,<br><br>    Defendants. | No. 2:24-cv-01278-DJC-CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED as follows:

    1. The findings and recommendations filed February 4, 2025 (ECF No. 8) are

1

1 adopted in full.

2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is DENIED.

3. Plaintiff is granted 14 days from service of this order to pay the $405 filing fee for this action. Failure to comply with this order will result in dismissal of the action.

4. This matter is referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **April 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

harp1278.800fee

2